OPINION — AG — THE OKLAHOMA POLICE PENSION AND RETIREMENT BOARD, PURSUANT TO 11 O.S. 1981 Supp., 50-101 [11-50-101], ET SEQ., HAS NO STATUTORY AUTHORITY TO PROMULGATE A RULE OR REGULATION REQUIRING THE PARTICIPATING MUNICIPALITIES TO PAY FOR PHYSICAL MEDICAL EXAMINATIONS OF THE POLICE OFFICER. (RETIREMENT, BOARD AND RULE MAKING, CITIES, CITY) CITE: 11 O.S. 1980 Supp., 50-101(2) [11-50-101]/ 11 O.S. 1980 Supp., 50-101(10) [11-50-101], 11 O.S. 1980 Supp., 50-102.1 [11-50-102.1], 11 O.S. 1980 Supp., 50-107 [11-50-107], 11 O.S. 1980 Supp., 50-130 [11-50-130], 11 O.S. 1980 Supp., 50-131 [11-50-131], 11 O.S. 1980 Supp., 50-133 [11-50-133], 11 O.S. 1980 Supp., [11-50-134] 50-134 (STEPHEN F. SHANBOUR)